Danny Ray COLEMAN, Plaintiff—Appellant,

v.

**Michael EDWARDS, individually and in his capacity as a deputy sheriff for Columbus County, North Carolina; Columbus County, North Carolina, Defendants—Appellees.**

No. 05–1324.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 7, 2005.

Decided Oct. 20, 2005.

Charles Everett Robinson, Robinson Law Office, Rocky Mount, North Carolina, for Appellant. Norwood P. Blanchard, III, Cranfill, Sumner & Hartzog, L.L.P., Wilmington, North Carolina, for Appellees.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Ray Coleman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) and related state law claims arising out of an arrest based on mistaken identity. We have reviewed the record included on appeal, and find no reversible

error. Accordingly, we affirm. *See Thompson v. Prince William County,* 753 F.2d 363, 364 (4th Cir.1985); *Smith v. Hefner,* 235 N.C. 1, 68 S.E.2d 783, 787 (1952). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*